**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-227** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **TRAVIS PARKER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of December, 2019, upon consideration of defendant's

pending motion under Federal Rule of Criminal Procedure 17, and in light of the fact

that a suppression hearing in this matter is scheduled for December 11, 2019, it is

hereby ORDERED that the evidentiary hearing on defendant's motion (Doc. 38) to

suppress evidence scheduled for **December 11, 2019,** is CANCELLED and shall be

rescheduled as soon as practicable following resolution of the instant Rule 17 issues.


 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania