IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-227** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TRAVIS PARKER**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of May, 2020, upon consideration of defendant's motion (Doc. 38) to suppress evidence, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 38) is DENIED.

 /S/ Christopher C. Conner  
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania