IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE No. 1:19-CR-00227 |
| | : | |
| | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| TRAVIS PARKER, | : | |
| | : | |
| Defendant. | : | |

# ORDER
June 15, 2020

For the reasons set forth on the record at the hearing on June 9, 2020, and finding that Parker's release is not necessary for the preparation of his defense, **IT IS ORDERED** that Parker's motion for reconsideration of the decision to detain him (*doc. 67*) is **DENIED**.  Nevertheless, given that Parker is proceeding *pro se* and his trial is currently scheduled for July 6, 2020, **IT IS ORDERED** that the Warden of the Dauphin County Prison consider allowing Parker reasonable access to the prison law library.  The Clerk of Court is directed to send a copy of this Order to the Warden of the Dauphin County Prison.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge