IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-227** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TRAVIS PARKER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of October, 2020, upon consideration of defendant's motion (Doc. 124) *in limine* to exclude evidence of his prior conviction, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 124) is DEFERRED until trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania